

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Rickie J. Damato
Rickie J. Damato,                      )
)
)
)
**Plaintiff(s),**                      )
)
Human Resources   vs. *Management*     )
NORthwestern memoRial Hospital         )
EmerGency stAFF                    ,   )
)
)
**Defendant(s).**                      )
all involved and-Concerned

**RECEIVED**

JAN 1 1 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Case No.**

**1:16-cv-328**
**Judge Harry D. Leinenweber**
**Magistrate Judge Sheila M. Finnegan**

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a pro se plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.  This is a claim for violation of plaintiff's civil rights as protected by the Constitution and

    laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.  The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.  Plaintiff's full name is   *Rickie J. Damato*   .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

4.     Defendant, _North Western Memorial Hospital_, is
         (name, badge number if known)

☐ an officer or official employed by _North Western memorial Hospital_
                           (department or agency of government)

_____ or

☐ an individual not employed by a governmental entity. _Part of the Same_

**_If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet._**

5.     The municipality, township or county under whose authority defendant officer or official

acted is _North Western Memorial Hospital_ As to plaintiff's federal

constitutional claims, the municipality, township or county is a defendant only if

custom or policy allegations are made at paragraph 7 below.

6.     On or about _January 7, 2016_, at approximately _3:00_ ☐ a.m. ☐ p.m.,
                (month,day, year)

plaintiff was present in the municipality (or unincorporated area) of _Chicago, Illinois_

_Federal Building_ _filing took place_, in the County of _Cook_,

State of Illinois, at _230 S. Dear Born Chicago, Illinois_
               (identify location as precisely as possible)
                                    _60612_

when defendant violated plaintiff's civil rights as follows **(Place X in each box that applies)**:

☐     arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

☐     searched plaintiff or his property without a warrant and without reasonable cause;

☐     used excessive force upon plaintiff;

☒     failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;

☒     failed to provide plaintiff with needed medical care;

☒     conspired together to violate one or more of plaintiff's civil rights;

☒     Other: _Went to Said Hospital was Kidnapped I Had Sensory Integrated Dysfunction Internal Sonar Presences aggravation No Mental Health Back ground Not there for any thing Like that pressure Around Eyes Ring sound._

_____.

7.    Defendant officer or official acted pursuant to a custom or policy of defendant

      municipality, county or township, which custom or policy is the following: (*Leave blank*

      *if no custom or policy is alleged*): _North Western Memorial Hospital_

      _Set Rickie J. Damato up IGNORED SENSORY_

      _INtegragated Dysfunction INterNAL SON AR_

      _aggRAVATION Illegally Trying Hurt Me._

8.    Plaintiff was charged with one or more crimes, specifically:

      _NO the plaintiff WAS Not_

      _He was there Reporting RING SOUND IN EARS_

      _and pressure around eyes at other_

      _Areas Hospitals probeing done Daily_

      _Tryeing to Cause Harm (Attempted murder)_

9.    (*Place an X in the box that applies. If none applies, you may describe the criminal*
      *proceedings under "Other"*)  The criminal proceedings

      ☐  are still pending.

      ☒  were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

      ☐  Plaintiff was found guilty of one or more charges because defendant deprived me of a

      fair trial as follows_____

      _____.

      ☐  Other: _____.

_____

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent
may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the
conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.



10.    Plaintiff further alleges as follows: (*Describe what happened that you believe
supports your claims. To the extent possible, be specific as to your own actions and
the actions of each defendant.*)

I Was Wrongfully mes diagnosed illegally
and Wrongfully Criminally done By Bogus
Hospital. Not there for any mental Health
issues Not a mental Health patient at all.
They Wrongfully and illegally tryed to
Wrongfully and Criminally Start info
information Not true in Hospital computers.
intake computers was what I Said
I was there visiting that Hospital for
in the visit place. pressure around Eyes
Ringing sound in Ears. internal SONAR
presences Live Within the Body.
Sensory Integrated Dys function.

11.    Defendant acted knowingly, intentionally, willfully and maliciously.

12.    As a result of defendant's conduct, plaintiff was injured as follows:

illegully detained set up and Wrongfully
Ked Napped full control Criminal act.
Not a mental Health Statis at all
No Mental Health problems at all.

13.    Plaintiff asks that the case be tried by a jury.  ☒ Yes        ☐ No

4

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☐ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *Rickie J. Damato*

Plaintiff's name *(print clearly or type)*: *Rickie J. Damato*

Plaintiff's mailing address: *2111 N. 75th Ave*

City *Elmwood Park,* State *ILL* ZIP *60707*

Plaintiff's telephone number: (   ) _____.

Plaintiff's email address *(if you prefer to be contacted by email)*: *NONE*

*N/A NONE N/A*

15. Plaintiff has previously filed a case in this district. ☑ Yes ☐ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*