# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Rickie J. Damato

                              Plaintiff,

v.                                                Case No.: 1:16−cv−00328

                                                       Honorable Harry D. Leinenweber

Northwestern Memorial Hospital, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 28, 2016:

      MINUTE entry before the Honorable Harry D. Leinenweber: Pursuant to the Court's minute entry denying Plaintiff's IFP application [a6], Plaintiff had until 3/11/2016 to file an amended complaint. That deadline has passed and Plaintiff did not amend. Accordingly, the dismissal of Plaintiff's case is converted to a dismissal with prejudice.Civil case terminated. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.